FILED

PRIVATE AND CONFIDENTIAL, SPECIAL DEPOSIT

OFFICIAL NOTICE TO CEASE AND DESIST

2025 OCT 27 A 8: 39

OFFICE OF THE EXECUTOR
**OMINI TETE RIMAN® ESTATE LIVING TRUST**
C/O OMINI TETE RIMAN®
POST OFFICE BOX 7612
WOODBRIDGE, VIRGINIA
DATE: 10/18/205

THE OFFICE OF COURT ADMINSTRATOR/CHIEF EXECUTIVE OFFICER

Fernando Galindo, Clerk of Court,
United States District Court, Eastern District of Virginia,
401 Courthouse Sq, Alexandria, Virginia 22314

**RE: Case No 1:25-cr-0099**
**Formal Trademark Infringement – Notice to Cease and Desist and to Remove Records**

**NOTICE** TO AGENT IS NOTICE TO PRINCIPAL – NOTICE TO PRINCIPAL IS NOTICE TO AGENT
THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS

It has come to our notice that the name OMINI TETE RIMAN, used in case number 1:25-cr-0099 is similar to a federally registered trademark OMINI TETE RIMAN®. This mark is private intellectual property registered mark with U.S. Trademark Registration No.: 7,681,791. Any use of this name without a written authorization, specifying license for use, trade, securities, is enforceable under the Lanham Act and related governing laws, and additional fee of $500,000.00 per usage.

Therefore, this is a notice to the Court and all parties, to cease and desist from use of a registered trademarked and private intellectual property for trade, publication, registry, and other activities that infringes governing trademark laws including Lanham Act [Lanham Act, 15 U.S.C. §§ 1051–1141n].

**DEMANDS are:**

1. Cease and desist immediately from any and all current and future use of name that is similar to the registered trademark and derivative of OMINI TETE RIMAN® in any form, digital or physical.

2. Remove and expunge all instances of the registered trademark name from court files, databases, public portals, and online systems controlled by Federl Circuit Court and its agents.

3. Confirm compliance in writing within seventy-two hours (72 hours) from receipt of this notice.

Failure to comply within the specified time frame will result in the initiation of legal action, seeking injunctive relief, damages, and all other remedies available under 15 U.S.C 1114, 1116, and 1125, as well as applicable Virginia Laws.

This notice is issued for lawful recording and entry into the official record of the Federal District Court. It shall stand as a pre-suit notice of claim and administrative record of objection and reservation of rights.

All rights Reserved – Without Recourse and Prejudice

*Riman:Omini Tete*
By: Riman, Omini Tete
For: **OMINI TETE RIMAN®**
Name holder for the legal Person: **OMINI TETE RIMAN®**
U.S. Patent and Trademark Office Registration No. 7,681,791

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct courtesy copy of **Formal Trademark Infringement – Notice to Cease and Desist and to Remove Records** is sent via Certified Mail, Return Receipt copy to:

The Honorable United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001
General Counsel for the United States and the United States of America

Lindsey Halligan
United States Attorney
c/o Jordan Harvey, Asst US Attorney
2100 Jamieson Avenue
Alexandria, VA 22314

Federal Public Defender for the
Easten District of Virginia
c/o Ann Mason Rigby
1650 King Street, Suite 500
Alexandria, Virginia 22314

Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580

on this 27 day of October, 2025.

All rights Reserved – Without Recourse and Prejudice

By: Riman, Omini Tete
For: OMINI TETE RIMAN®
Name holder for the legal Person: OMINI TETE RIMAN®
U.S. Patent and Trademark Office Registration No. 7,681,791